Manasa Reddy Gundety, Plaintiff, Pro Se
167 Stoutsburg Blvd, Pennington, NJ 08534
Tel: (904) 855-6771 | Email: manasa.gundety@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| MANASA REDDY GUNDETY,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br>Defendants. | Civil Action No. 3:26-cv-12866-ZNQ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(i))** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Manasa Reddy Gundety, appearing pro se, hereby voluntarily dismisses this action, in its entirety and as to all Defendants, **without prejudice**.

Defendants have not served an answer or a motion for summary judgment in this action. Dismissal is therefore appropriate by notice, without a court order.

This action sought to compel adjudication of Plaintiff's Form I-765, Application for Employment Authorization (Receipt No. MSC2690278740). Counsel for Defendants has advised Plaintiff that U.S. Citizenship and Immigration Services has approved the application, and USCIS has ordered production of Plaintiff's employment authorization card. The relief sought in this action has therefore been obtained.

In light of this dismissal, Plaintiff respectfully requests that the Clerk terminate the pending Motion for Expedited Consideration (ECF No. 5) as moot, that the telephone conference scheduled for November 19, 2026 at 10:30 AM be cancelled, and that this case be closed. Each party shall bear its own costs and fees.

Dated: November 16, 2026

Respectfully submitted,

[signature]
Manasa Reddy Gundety
Plaintiff, Pro Se
167 Stoutsburg Blvd, Pennington, NJ 08534
manasa.gundety@gmail.com | (904) 855-6771

So Ordered this 18th day of November, 2026

[signature]
Hon. Zahid N. Quraishi
United States District Judge